UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SANDRA LAMBERT BROCKINTON | CIVIL ACTION |
| VERSUS | NO. 22-4642 |
| KILOLO KIJAKAZI, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | SECTION M (4) |

## ORDER

The Court, after considering the complaint, the record, the applicable law, and the magistrate judge's Report and Recommendation ("R&R"),[1] and finding that, as of this date, no objections to the R&R have been filed, hereby approves the R&R, and adopts it as its opinion in this matter. Accordingly,

IT IS ORDERED that that the decision of the Administrative Law Judge be REVERSED AND REMANDED for reconsideration of the state agency consultant's physical limitation finding.

New Orleans, Louisiana, this 18th day of September, 2023.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 12.